No. 86–1033. JAFFE ET AL. *v.* GRANT, TRUSTEE IN BANK-RUPTCY FOR CONTINENTAL SOUTHEAST LAND CORP. AND AS RECEIVER. C. A. 11th Cir. Certiorari denied. ▮▮▮

No. 86–1040. SCOTT *v.* UNITED STATES. Ct. Mil. App. Certiorari denied. ▮▮▮

No. 86–1045. WHORTON ET AL. *v.* SURTRAN TAXICABS, INC., ET AL. C. A. 5th Cir. Certiorari denied. ▮▮▮

No. 86–1051. MONTELEONE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮▮▮

No. 86–1060. HEIMBACH ET AL. *v.* VILLAGE OF LYONS ET AL. C. A. 2d Cir. Certiorari denied. ▮▮▮

No. 86–1061. TRIBUNE CO. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮

No. 86–1063. RAFSKY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮▮▮

No. 86–1068. DUNCAN ET UX. *v.* GEORGIA; and
No. 86–1081. VAN NICE ET AL. *v.* GEORGIA. Ct. App. Ga. Certiorari denied. ▮▮▮

No. 86–1098. DUNN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮▮▮

No. 86–1104. LESHOURE *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied. ▮▮▮

No. 86–1105. JACKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮▮▮

No. 86–1110. ENTERPRISE TOOLS, INC., ET AL. *v.* EXPORT-IMPORT BANK OF THE UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮▮▮

No. 86–1162. MCCALLA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮▮▮

No. 86–1168. MITCHELL *v.* GREINER. C. A. 6th Cir. Certiorari denied. ▮▮▮